**ORDERED in the Southern District of Florida on March 28, 2008.**

Paul G. Hyman, Chief Judge
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:

IRWIN SHERWIN,

Debtor.
_______________________________/

Case No. 98-31931-PGH

Chapter 7

PATRICIA DZIKOWSKI,

Plaintiff,

vs.

KEVA SCHEIN, et al.,

Defendants.
_______________________________/

Adv. Proc. No. 07-01017-PGH

**ORDER DENYING PLAINTIFF'S MOTION FOR ENTRY OF RENEWED JUDGMENT AS TO KEVA SCHEIN**

On March 28, 2008, the court conducted a hearing on Plaintiff's Motion for Entry of Renewed Judgment As To Keva Schein (DE 153). The court finds that the District Court's December 17, 2007 Order Vacating Bankruptcy Court's Judgment and Closing Case (Case No.

07-80882-CIV-JORDAN) reversed and vacated the bankruptcy court's July 30, 2007 Final Summary Judgment (DE #89) against the Toranto Trust only and did not vitiate the effectiveness of the judgment against Keva Schein. Therefore, it is ORDERED that the motion is denied.

###

Submitted by: Patrick S. Scott, Law Office of Patrick Scott, 111 S.E. 12th Street, Suite B, Fort Lauderdale, FL 33316-1813; Ph. 954/523-1615

080327pjODenyingRenewedJudgSchein